UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   Douglas A Ishmael<br>   PeggyB L Ishmael<br>                         Debtors | CASE NO: 09-36481<br>       (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083255**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 25/ 1 | OCWEN LOAN SERVICING LLC<br>BOX 785053<br>ORLANDO, FL  32878-5053 | 36.42 |

      /s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/14/2011

Certificate of Service          09-36481

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Douglas A Ishmael
PeggyB L Ishmael
2125 S. County Rd. 25-A
Troy, OH  45373

DAVID L MIKEL
210 W MAIN ST
TROY, OH  45373

(123.1n)
CHRISTIAN E NIKLAS
SHAPIRO VAN ESS PHILLIPS
BARRAGATE
4805 MONTGOMERY RD  STE 320
NORWOOD, OH  45212

(110.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
15 WEST FOURTH STREET STE 100
DAYTON, OH  45402

(110.4n)
EMERSON KECK
15 W FOURTH ST  STE 100
DAYTON, OH  45402

(1.4)
Lehman
c/o Ocwen Federal Bank FSB
12650 Ingenuity Drive
Orlando, FL  32826

(1.1)
OCWEN LOAN SERVICING LLC
BOX 785053
ORLANDO, FL  32878-5053

(114.1n)
US ATTORNEY GENERAL
MAIN JUSTICE BLDG RM 5111
10TH ST & CONSTITUTION AVE NW
WASHINGTON, DC  20530

(115.1n)
US ATTORNEY GENERAL
602 FEDERAL BLDG
200 WEST SECOND ST
DAYTON, OH  45402

Jeffrey M. Kellner BY          /s/ Jeffrey M. Kellner          sv